FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

2017 JAN -3 PM 12: 58

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FL
OCALA FLORIDA

TONJA GREENE,
    Plaintiff,

CASE NO.: 5:17-cv-1-Oc-40PRL

v.

COMENITY LLC, d/b/a COMENITY BANK,
    Defendant.
_____/

## COMPLAINT

1. Plaintiff alleges COMENITY BANK "robo-called" her more than 500 times in stark violation of the Telephone Consumer Protection Act, 47 U.S.C. §227 *et seq.* ("TCPA") and the Florida Consumer Collection Practices Act, Fla. Stat. §559.55 *et seq.* ("FCCPA").

## INTRODUCTION

2. "Robocalls" are the #1 consumer complaint in America today.

3. The FTC reported over 3.2 million complaints about robocalls in 2014, of which almost half (1,678,433) occurred after the consumer had already requested that the company stop calling. Federal Trade Commission, National Do Not Call Registry Data Book, FY 2014, at 5 (Nov. 2014). Since this report, the number of complaints has increased. Robocalls are very inexpensive to make. As was noted in a Senate hearing on the subject: "With such a cheap and scalable business model, bad actors can blast literally tens of millions of illegal robocalls over the course of a single day at less than 1 cent per minute." Senate Hearing at 5.

4. According to the Federal Communications Commission (FCC), "Unwanted calls and texts are the number one complaint to the FCC. There are thousands of complaints to the FCC

1

every month on both telemarketing and robocalls. The FCC received more than 215,000 TCPA complaints in 2014." https://www.fcc.gov/document/fact-sheet-consumer-protection-proposal.

5. The TCPA was enacted to prevent companies like Defendant from invading American citizens' privacy and prevent illegal robocalls.

6. Congress enacted the TCPA to prevent real harm. Congress found that "automated or pre-recorded calls are a nuisance and an invasion of privacy, regardless of the type of call" and decided that "banning" such calls made without consent was "the only effective means of protecting telephone consumers from this nuisance and privacy invasion." Pub. L. No. 102-243, §§ 2(10-13) (Dec. 20, 1991), codified at 47 U.S.C. § 227; see also Mims v. Arrow Fin. Servs., LLC, 132 S. Ct. 740, 744 (2012) ("The Act bans certain practices invasive of privacy").

7. "Senator Hollings, the TCPA's sponsor, described these calls as 'the scourge of modern civilization, they wake us up in the morning; they interrupt our dinner at night; they force the sick and elderly out of bed; they hound us until we want to rip the telephone out of the wall.' 137 Cong. Rec. 30, 821 (1991). Senator Hollings presumably intended to give telephone subscribers another option: telling the auto-dialers to simply stop calling." Osorio v. State Farm Bank, F.S.B., 746 F. 3d 1242 (11th Cir. 2014).

8. According to findings by the FCC-the agency Congress vested with authority to issue regulations implementing the TCPA—such calls are prohibited because, as Congress found, automated or prerecorded telephone calls are a greater nuisance and invasion of privacy than live solicitation calls, and such calls can be costly and inconvenient. The FCC also recognized that wireless customers are charged for incoming calls whether they pay in advance or after the minutes are used.

9. Robocalls cause real emotional and money damages for individuals and their families.

## JURISDICTION AND VENUE

10. Jurisdiction and venue for purposes of this action are appropriate and conferred by 28 U.S.C. §1331.

11. The alleged violations described in the Complaint while Plaintiff was in Ocala, Florida.

## FACTUAL ALLEGATIONS

12. Plaintiff is a natural person.

13. Plaintiff is a "consumer" as defined in Florida Statute 559.55(8).

14. Plaintiff is an "alleged debtor."

15. Plaintiff is the "called party." *Osorio v. State Farm Bank, F.S.B.*, 746 F. 3d 1242 (11th Cir. 2014).

16. Defendant is a corporate entity registered in Delaware, responsible for attempting to collect a consumer debt from Plaintiff and is transacting business in the State of Florida.

17. The debt that is the subject matter of this complaint is a "consumer debt" as defined by Florida Statute §559.55(6).

18. Plaintiff is the regular user and carrier of the cellular telephone number at issue, (352) 470-7532.

19. Plaintiff was the "called party" during each phone call subject to this lawsuit.

20. Defendant intentionally harassed and abused Plaintiff on numerous occasions by calling several times during one day, and on back to back days, with such frequency as can reasonably be expected to harass.

21. Defendant attempted to collect a debt from the Plaintiff by this campaign of telephone calls.

22. Defendant made at least one call to the Plaintiff using an "automatic telephone dialing system" (ATDS).

23. Defendant made at least one hundred (100) calls to the Plaintiff using an ATDS.

24. Defendant made at least five hundred (500) calls to the Plaintiff using an ATDS.

25. Each call the Defendant made to the Plaintiff in the last four years was made using an ATDS.

26. Each call the Defendant made to the Plaintiff was made using an ATDS which has the capacity to store or produce telephone numbers to be called, without human intervention, using a random or sequential number generator; and to dial such numbers as specified by 47 U.S.C §227(a)(1).

27. Furthermore, each of the calls at issue were placed by the Defendant using a "prerecorded voice," as specified by the TCPA, 47 U.S.C. § 227(b)(1)(A).

28. Defendant has stipulated in another lawsuit that the telephone system used to call the Plaintiff was in fact an ATDS.

29. Plaintiff repeatedly requested the Defendant to stop calling her cell phone, however, the Defendant continued to make calls.

30. Each subsequent call the Defendant made to the Plaintiff's aforementioned cellular telephone number was done so without the "express permission" of the Plaintiff.

31. Plaintiff's conversations with the Defendant demanding an end to the harassment were ignored.

32. Defendant has recorded at least one conversation with the Plaintiff

4

33. Defendant has recorded numerous conversations with the Plaintiff.

34. Defendant has made approximately five hundred (500) calls (or as will be established exactly once Defendant turns over their dialer records) to Plaintiff's aforementioned cellular telephone number from July of 2016 until today.

35. Despite actual knowledge of their wrongdoing, the Defendant continued the campaign of abusive robocalls.

36. By effectuating these unlawful phone calls, Defendant has caused Plaintiff the very harm that Congress sought to prevent—namely, a "nuisance and invasion of privacy."

37. Defendant's aggravating and annoying phone calls trespassed upon and interfered with Plaintiff's rights and interests in her cellular telephone and cellular telephone line, by intruding upon Plaintiff's seclusion.

38. Defendant's phone calls harmed Plaintiff by wasting her time.

39. Defendant has been sued in federal court where the allegations include: calling an individual using an ATDS after the individual asked for the calls to stop.

40. Defendant's corporate policy and procedures are structured as to continue to call individuals like the Plaintiff, despite these individuals revoking any consent the Defendant may have had.

41. Defendant's, corporate policy and procedures provided no means for the Plaintiff to have her aforementioned cellular number removed from the call list.

42. Defendant has a corporate policy of using an ATDS or a prerecorded or artificial voice message to collect debts from individuals such as Plaintiff for its financial benefit.

43. Defendant has numerous other federal lawsuits pending against them alleging similar violations as stated in this complaint.

44. The Defendant has been sued civilly in Federal Court 147 times in the last three (3) years (Attached hereto as Exhibit "A").

45. In the last three years, the Defendant has had 1,580 complaints reported to the Better Business Bureau (BBB), of which 1,136 of those complaints are classified as being related to "Billing/Collection Issues". *See* http://www.bbb.org/centralohio/business-reviews/credit-cards-and-plans/comenity-bank-in-columbus-oh-6558/complaints/.

46. Plaintiff expressly revoked consent to Defendant's placement of telephone calls to Plaintiff's aforementioned cellular telephone by the use of an ATDS or a pre-recorded or artificial voice immediately upon Defendant's placement of the calls.

47. None of Defendant's telephone calls placed to Plaintiff were for "emergency purposes" as specified in 47 U.S.C. §227(b)(1)(A).

48. Plaintiff expressly revoked any consent Defendants may have had for placement of telephone calls to Plaintiff's aforementioned cellular telephone by the use of an ATDS or a pre-recorded or artificial voice immediately upon Defendants' placement of the calls.

49. Defendant violated the TCPA with respect to the Plaintiff.

50. Defendant willfully or knowingly violated the TCPA with respect to the Plaintiff.

## COUNT I
### (Violation of the TCPA)

51. Plaintiff incorporates Paragraphs one (1) through forty-four (44).

52. Defendant caused placement of non-emergency telephone calls to Plaintiff's cellular telephone using an ATDS without Plaintiff's prior express consent in violation of federal law, including 47 U.S.C § 227(b)(1)(A)(iii).

53. Defendant willfully and knowingly caused placement of non-emergency telephone calls to Plaintiff's cellular telephone using an ATDS or prerecorded or artificial voice without Plaintiff's prior express consent in violation of federal law, including 47 U.S.C § 227(b)(1)(A)(iii).

**WHEREFORE**, Plaintiff respectfully demands a trial by jury on all issues so triable and judgment against Defendant for statutory damages, punitive damages, actual damages, and any other such relief the court may deem just and proper.

## COUNT II
### (Violation of the FCCPA)

54. Plaintiff incorporates Paragraphs one (1) through forty-four (44).

55. At all times relevant to this action Defendant is subject to and must abide by the law of Florida, including Florida Statute § 559.72.

56. Defendant has violated Florida Statute §559.72(7) by willfully engaging in conduct which can reasonably be expected to harass the debtor.

57. Defendant has violated Florida Statute §559.72(7) by willfully engaging in conduct which can reasonably be expected to abuse the debtor.

58. Defendant's actions have directly and proximately resulted in Plaintiff's prior and continuous sustaining of damages as described by Florida Statute §559.77.

**WHEREFORE**, Plaintiff respectfully demands a trial by jury on all issues so triable and judgment against Defendant for statutory damages, punitive damages, actual damages, costs, interest, attorney fees and any other such relief the court may deem just and proper.

Respectfully submitted,

*s/Amanda J. Allen*
Amanda J. Allen, Esquire
Florida Bar No. 98228
Amanda@TheConsumerProtectionFirm.com

---

The Consumer Protection Firm, PLLC
210 A South MacDill Avenue
Tampa, FL 33609
Tele: (813) 500-1500
Fax: (813) 435-2369
Attorney for Plaintiff



**PACER Case Locator**

Civil Party Search
Sun Apr 10 12:51:56 2016

User: TCPF2016
Client: Laurentano
Search: Civil Party Search Name Comenity All Courts Page: 1 party role: dft year filed: 2013

| Party Name | Court | Case | NOS | Date Filed | Date Closed |
|---|---|---|---|---|---|
| 1 Comenity Bank (dft)<br>Abu Jaber v. Comenity Bank et al | flsdce | 0:2013-cv-61113 | 890 | 05/16/2013 | 12/17/2013 |
| 2 Comenity Bank, f/k/a World Financial Network National Bank, successor by conversion to World Financial Network National Bank (dft)<br>Weitzman v. Comenity LLC | madce | 1:2013-cv-10715 | 360 | 03/28/2013 | 08/20/2013 |
| 3 COMENITY LLC (dft)<br>MONTANO v. COMENITY LLC et al | njdce | 2:2013-cv-06837 | 480 | 11/11/2013 | 04/09/2014 |
| 4 Comenity Bank (dft)<br>Strubel v. Comenity Bank | nysdce | 1:2013-cv-04462 | 480 | 06/27/2013 | 01/23/2015 |
| 5 Comenity Bank/Sports Authority (dft)<br>Dill v. Comenity Bank/Sports Authority | okwdce | 5:2013-cv-01321 | 890 | 12/16/2013 | 04/14/2014 |
| 6 Comenity Bank (dft)<br>Abu Jaber v. Alliance Data Systems Corporation et al | flsdce | 0:2013-cv-62734 | 890 | 12/17/2013 | 05/16/2014 |
| 7 Comenity Bank, LLC/Lane Bryant Retail (dft)<br>Scott v. Comenity Bank, LLC/Lane Bryant Retail et al | nyndce | 1:2013-cv-01002 | 890 | 08/16/2013 | 02/04/2014 |
| 8 Comenity Capital Bank (dft)<br>Schwartz v. Comenity Capital Bank | nysdce | 1:2013-cv-04896 | 480 | 07/15/2013 | 07/15/2015 |
| 9 Comenity LLC (dft)<br>Weitzman v. Comenity LLC | madce | 1:2013-cv-10715 | 360 | 03/28/2013 | 08/20/2013 |
| 10 Comenity, LLC (dft)<br>Thomas v. Sterling Jewelers, Inc et al | medce | 4:2013-cv-13234 | 480 | 07/29/2013 | 04/11/2014 |
| 11 Comenity Bank (dft)<br>Spearman v. Comenity Bank et al | msndce | 3:2013-cv-00141 | 480 | 05/30/2013 | 05/30/2014 |
| 12 Comenity Bank (dft)<br>Prukala v. Comenity Bank | pamdce | 3:2013-cv-00377 | 440 | 02/13/2013 | 08/13/2013 |
| 13 Comenity Capital Bank (dft)<br>Richesin v. Comenity Capital Bank et al | tnndce | 4:2013-cv-00024 | 890 | 04/12/2013 | 07/23/2013 |
| 14 Comenity Bank (dft)<br>Gandarilas v. Comenity Bank, et al | flsdce | 1:2013-cv-24260 | 480 | 11/22/2013 | 08/08/2014 |
| 15 Comenity Bank, LLC (dft)<br>McGill v. Comenity Bank, LLC | flmdce | 8:2013-cv-01915 | 480 | 07/24/2013 | 04/07/2014 |
| 16 Comenity Bank, World Financial Network Bank (dft)<br>Myers v. Comenity Bank, World Financial Network Bank et al | pamdce | 1:2013-cv-02429 | 480 | 09/20/2013 | 10/21/2013 |
| 17 Comenity Bank, f/k/a World Financial Network National Bank, successor by conversion to World Financial Network National Bank (dft)<br>Williams v. Comenity Capital Bank | madce | 1:2013-cv-10683 | 360 | 03/25/2013 | 05/22/2013 |
| 18 Comenity Capital Bank (dft)<br>Williams v. Comenity Capital Bank | madce | 1:2013-cv-10683 | 360 | 03/25/2013 | 05/22/2013 |
| 19 Comenity, LLC (dft)<br>Blatt v. Collecto, Inc. et al | medce | 2:2013-cv-12805 | 480 | 06/26/2013 | 10/24/2013 |
| 20 Comenity, LLC (dft)<br>Lovett v. Comenity, LLC | flmdce | 8:2013-cv-01797 | 890 | 07/12/2013 | 09/23/2013 |
| 21 Comenity Capital Bank (dft)<br>Thompson v. Comenity Capital Bank et al | azdce | 4:2013-cv-00040 | 890 | 01/17/2013 | 02/05/2014 |
| 22 Comenity Bank (dft)<br>Kevelson v. Comenity Bank | flsdce | 1:2013-cv-22353 | 480 | 07/02/2013 | 11/06/2013 |
| 23 Comenity Bank (dft)<br>Levy v. Asset Acceptance Capital Corp et al | nyedce | 1:2013-cv-05554 | 480 | 10/07/2013 | 10/01/2014 |
| 24 COMENITY BANK, LLC (dft)<br>LAMBERT v. COMENITY BANK, LLC | paedce | 2:2013-cv-03558 | 190 | 06/21/2013 | 01/09/2014 |
| 25 Comenity, LLC (dft)<br>Andersen v. Experian Information Solutions, Inc. et al | medce | 4:2013-cv-11811 | 480 | 04/23/2013 | 08/06/2013 |

Receipt 04/10/2016 12:54:50
User TCPF2016
Client Laurentano
Description Civil Party Search
Name Comenity All Courts Page: 1 party role: dft year filed: 2013

You have previously been billed for this page.
Pages 1 ($0.00)

**EXHIBIT A**



**PACER Case Locator**

Civil Party Search
Sun Apr 10 12:51:56 2016

User: TCPF2016
Client: Laurentano
Search: Civil Party Search Name Comenity All Courts Page: 1 party role: dft year filed: 2014

| Party Name | Court | Case | NOS | Date Filed | Date Closed |
|---|---|---|---|---|---|
| 1 Comenity Bank (dft)<br>Morales v. Comenity Bank | caedce | 2:2014-cv-01953 | 480 | 08/21/2014 | 11/18/2014 |
| 2 COMENITY BANK (dft)<br>STOOPS v. COMENITY BANK | pawdce | 3:2014-cv-00172 | 440 | 08/14/2014 | 11/24/2014 |
| 3 Comenity Bank (dft)<br>Lewis v. Comenity, LLC et al | casdce | 3:2014-cv-01934 | 890 | 08/19/2014 | 01/23/2015 |
| 4 Comenity Bank (dft)<br>Hylton v. Comenity Bank | flsdce | 0:2014-cv-60817 | 480 | 04/04/2014 | 06/04/2014 |
| 5 Comenity Capital Bank (dft)<br>Heusinger v. American Coradius International, LLC et al | nywdce | 1:2014-cv-00805 | 480 | 09/24/2014 | 11/06/2015 |
| 6 Comenity, LLC (dft)<br>Lewis v. Comenity, LLC et al | casdce | 3:2014-cv-01934 | 890 | 08/19/2014 | 01/23/2015 |
| 7 Comenity Bank (dft)<br>Jackson v. Comenity Bank | miedce | 2:2014-cv-13322 | 480 | 08/26/2014 | 01/11/2016 |
| 8 Comenity Bank (dft)<br>Dubinskaya v. FMS Inc. et al | nyedce | 1:2014-cv-03497 | 480 | 06/03/2014 | 03/25/2015 |
| 9 Comenity, LLC (dft)<br>Brady v. Experian Information Solutions, Inc. et al | miedce | 2:2014-cv-14479 | 890 | 11/24/2014 | 03/26/2015 |
| 10 Comenity Bank (dft)<br>Ogletree v. Comenity LLC | flmdce | 6:2014-cv-02115 | 480 | 12/29/2014 | 03/10/2015 |
| 11 Comenity Capital Bank (dft)<br>Debra Von Trapp v. Ann Taylor Retail, Inc. | cacdce | 8:2014-cv-01565 | 480 | 09/26/2014 | 02/12/2015 |
| 12 Comenity L L C (dft)<br>Malone v. Comenity L L C | lawdce | 5:2014-cv-02298 | 480 | 07/14/2014 | 11/17/2014 |
| 13 Comenity Capital Bank (dft)<br>Nemec v. Comenity Capital Bank | ilndce | 1:2014-cv-06278 | 480 | 08/14/2014 | 08/11/2015 |
| 14 Comenity Bank L L C (dft)<br>Malone v. Comenity L L C | lawdce | 5:2014-cv-02298 | 480 | 07/14/2014 | 11/17/2014 |
| 15 Comenity LLC (dft)<br>Terry v. Comenity LLC | miedce | 2:2014-cv-14597 | 480 | 12/04/2014 | 03/12/2015 |
| 16 Comenity Bank (dft)<br>Lucille v. Comenity Bank | nyedce | 1:2014-cv-02327 | 480 | 04/10/2014 | 07/15/2014 |
| 17 Comenity Capital Bank (dft)<br>Dubinskaya v. FMS Inc. et al | nyedce | 1:2014-cv-03497 | 480 | 06/03/2014 | 03/25/2015 |
| 18 Comenity Bank (dft)<br>Hylton v. Comenity Bank | flsdce | 1:2014-cv-21210 | 480 | 04/04/2014 | 04/04/2014 |
| 19 Comenity Bank (dft)<br>Terry v. Comenity LLC | miedce | 2:2014-cv-14597 | 480 | 12/04/2014 | 03/12/2015 |
| 20 Comenity Bank (dft)<br>Thach v. Equifax Information Services, LLC et al | vaedce | 3:2014-cv-00070 | 480 | 01/31/2014 | 10/24/2014 |
| 21 Comenity Capital Bank (dft)<br>Valdez v. Comenity Capital Bank | nysdce | 1:2014-cv-08230 | 480 | 10/15/2014 | 05/07/2015 |
| 22 Comenity LLC (dft)<br>Hector v. Comenity LLC | madce | 1:2014-cv-10008 | 480 | 01/02/2014 | 08/25/2014 |
| 23 Comenity LLC (dft)<br>Ogletree v. Comenity LLC | flmdce | 6:2014-cv-02115 | 480 | 12/29/2014 | 03/10/2015 |
| 24 Comenity Bank (dft)<br>Debra Von Trapp v. Ann Taylor Retail, Inc. | cacdce | 8:2014-cv-01565 | 480 | 09/26/2014 | 02/12/2015 |
| 25 Comenity LLC (dft)<br>Debra Von Trapp v. Ann Taylor Retail, Inc | cacdce | 8:2014-cv-01565 | 480 | 09/26/2014 | 02/12/2015 |
| 26 Comenity LLC (dft)<br>Billick v. Comenity LLC et al | ohndce | 1:2014-cv-00430 | 480 | 02/25/2014 | 05/20/2014 |
| 27 Comenity Bank (dft)<br>Lyons v. Experian Information Solutions, Inc. et al | msndce | 3:2014-cv-00211 | 480 | 09/26/2014 | 11/12/2015 |
| 28 Comenity Capital Bank (dft)<br>Peterson v. Comenity Capital Bank | flmdce | 6:2014-cv-00614 | 890 | 04/18/2014 | |
| 29 Comenity LLC (dft)<br>Amber Massie v. Comenity LLC et al | cacdce | 5:2014-cv-00503 | 480 | 03/14/2014 | 06/30/2014 |
| 30 Comenity Bank (dft)<br>Sathue v. Comenity Bank | nywdce | 1:2014-cv-01039 | 480 | 12/11/2014 | 04/20/2015 |
| 31 Comenity Bank (dft)<br>McCall v. Comenity Bank | mowdce | 5:2014-cv-06083 | 480 | 07/18/2014 | 09/04/2014 |
| 32 Comenity Bank (dft)<br>Cherwony v. Comenity Bank | flsdce | 9:2014-cv-81319 | 890 | 10/27/2014 | 06/09/2015 |
| 33 Comenity Bank (dft)<br>Dao v. Trans Union, LLC et al | mndce | 0:2014-cv-01219 | 480 | 04/22/2014 | 11/24/2015 |
| 34 Comenity Bank/Victoria Secret (dft)<br>Faford v. Equifax Information Services, LLC | hidce | 1:2014-cv-00575 | 480 | 12/27/2014 | |
| 35 Comenity, LLC (dft)<br>Jones v. Equifax Information Services, LLC et al | miedce | 2:2014-cv-13028 | 480 | 08/04/2014 | 12/01/2014 |
| 36 Comenity Bank (dft)<br>Andrews v. Comenity Bank | flmdce | 6:2014-cv-02116 | 890 | 12/29/2014 | 07/17/2015 |
| 37 Comenity Capital Bank/Express (dft)<br>Moreno v. Comenity Capital Bank/Express | ilndce | 1:2014-cv-02697 | 480 | 04/15/2014 | 07/16/2014 |
| 38 Comenity Bank (dft) | caedce | 2:2014-cv-02762 | 890 | 11/24/2014 | 03/24/2015 |

| # | Party | Court | Case | NOS | Date Filed | Date Closed |
|---|---|---|---|---|---|---|
| | Gusar v. Comenity Bank | | | | | |
| 39 | Comenity Bank (dft) | ridce | 1:2014-cv-00431 | 890 | 10/01/2014 | |
| | Brown v. Comenity Bank | | | | | |
| 40 | Comenity LLC (dft) | ilndce | 1:2014-cv-00870 | 890 | 02/07/2014 | 12/04/2014 |
| | Harley v. Comenity LLC et al | | | | | |
| 41 | Comenity LLC (dft) | miedce | 2:2014-cv-10025 | 890 | 01/03/2014 | 02/10/2015 |
| | Dillard v. Comenity LLC | | | | | |
| 42 | Comenity LLC (dft) | miedce | 2:2014-cv-10853 | 890 | 02/25/2014 | 07/14/2014 |
| | Grays v. Comenity LLC | | | | | |
| 43 | Comenity Servicing LLC (dft) | cacdce | 8:2014-cv-01565 | 480 | 09/26/2014 | 02/12/2015 |
| | Debra Von Trapp v. Ann Taylor Retail, Inc. | | | | | |

```
                                                        Receipt 04/10/2016 12:54:22
         User  TCPF2016
       Client  Laurentano
  Description  Civil Party Search
               Name Comenity All Courts Page: 1 party role: dft year filed: 2014

               You have previously been billed for this page.
      Pages 1 ($0.00)
```



**PACER Case Locator**

Civil Party Search
Sun Apr 10 12:51:56 2016

User: TCPF2016
Client: Laurentano
Search: Civil Party Search Name Comenity All Courts Page: 1 party role: dft year filed: 2015

| Party Name | Court | Case | NOS | Date Filed | Date Closed |
|---|---|---|---|---|---|
| 1 Comenity Bank (dft)<br>Whitcomb v. Comenity Bank et al | nvdce | 2:2015-cv-02301 | 480 | 12/07/2015 | 03/29/2016 |
| 2 COMENITY BANK (dft)<br>BUMBARGER v. COMENITY BANK | pawdce | 2:2015-cv-00993 | 890 | 07/30/2015 | 11/12/2015 |
| 3 Comenity Bank, LLC (dft)<br>Nguyen v. Comenity Bank, LLC et al | mndce | 0:2015-cv-00027 | 480 | 01/07/2015 | |
| 4 Comenity Capital Bank (dft)<br>Vargo v. ADR Arbitration Services, LLC et al | miedce | 2:2015-cv-10905 | 480 | 03/11/2015 | 11/20/2015 |
| 5 Comenity Bank (dft)<br>Tina Reganyan v. Comenity Bank | cacdce | 2:2015-cv-09673 | 890 | 12/16/2015 | 02/22/2016 |
| 6 COMENITY BANK (dft)<br>COLLINS v. COMENITY LLC | insdce | 1:2015-cv-00028 | 480 | 01/07/2015 | 03/16/2015 |
| 7 COMENITY BANK (dft)<br>WIGHT v. COMENITY BANK | njdce | 3:2015-cv-06653 | 890 | 09/04/2015 | 12/29/2015 |
| 8 Comenity Capital Bank (dft)<br>Tabb v. Cavalry Portfolio Services, LLC et al | mddce | 8:2015-cv-02526 | 480 | 08/26/2015 | |
| 9 Comenity LLC (dft)<br>Herbert v. Comenity LLC | flmdce | 8:2015-cv-01287 | 890 | 05/28/2015 | 08/13/2015 |
| 10 Comenity Bank (dft)<br>Powell v. Comenity Bank | miedce | 2:2015-cv-10486 | 480 | 02/06/2015 | |
| 11 Comenity Bank (dft)<br>Dukler v. Comenity Bank | wiedce | 2:2015-cv-00015 | 480 | 01/08/2015 | 05/08/2015 |
| 12 Comenity LLC (dft)<br>Parks v. Comenity LLC | madce | 1:2015-cv-12957 | 480 | 07/15/2015 | 08/10/2015 |
| 13 Comenity LLC (dft)<br>Perkins v. Comenity LLC | mssdce | 3:2015-cv-00572 | 890 | 08/10/2015 | 11/03/2015 |
| 14 Comenity Bank (dft)<br>Cattoni v. Comenity LLC | txwdce | 5:2015-cv-00259 | 480 | 04/08/2015 | 07/28/2015 |
| 15 COMENITY LLC (dft)<br>O'BRIEN v. COMENITY LLC | paedce | 2:2015-cv-04181 | 890 | 07/29/2015 | 11/13/2015 |
| 16 COMENITY BANK (dft)<br>SMITH v. COMENITY BANK | paedce | 2:2015-cv-04891 | 890 | 08/31/2015 | 12/14/2015 |
| 17 Comenity Bank (dft)<br>Jacqueline Taylor v. Comenity Bank et al | cacdce | 2:2015-cv-02565 | 890 | 04/07/2015 | 09/28/2015 |
| 18 Comenity Bank (dft)<br>Capen v. Farr Enterprises Inc | flmdce | 3:2015-cv-01005 | 480 | 08/12/2015 | 11/03/2015 |
| 19 Comenity Bank (dft)<br>Rogers v. Comenity Bank et al | ilndce | 1:2015-cv-09743 | 480 | 10/30/2015 | 02/12/2016 |
| 20 COMENITY BANK (dft)<br>SMITH v. COMENITY BANK | ncmdce | 1:2015-cv-00476 | 480 | 06/15/2015 | 12/02/2015 |
| 21 Comenity Bank (dft)<br>Gregory Scott v. Comenity Bank et al | cacdce | 2:2015-cv-04923 | 480 | 06/29/2015 | 09/29/2015 |
| 22 Comenity Bank (dft)<br>Marotto v. Comenity Bank | flmdce | 6:2015-cv-01746 | 890 | 10/16/2015 | 01/27/2016 |
| 23 Comenity Bank (dft)<br>Jacobsen v. Comenity Bank | ilndce | 1:2015-cv-10613 | 480 | 11/24/2015 | |
| 24 COMENITY BANK (dft)<br>PRIDMORE v. COMENITY BANK | njdce | 2:2015-cv-05452 | 890 | 07/10/2015 | 10/26/2015 |
| 25 Comenity Bank (dft)<br>Prukala v. The Bon Ton Inc et al | pamdce | 3:2015-cv-00324 | 190 | 02/13/2015 | 03/03/2015 |
| 26 Comenity LLC (dft)<br>Kuzmenko v. Comenity LLC | caedce | 2:2015-cv-00652 | 480 | 03/23/2015 | 10/01/2015 |
| 27 Comenity Servicing LLC (dft)<br>Larsen v. Comenity LLC et al | mndce | 0:2015-cv-03228 | 890 | 08/06/2015 | 02/12/2016 |
| 28 Comenity, LLC (dft)<br>McBride v. Experian Information Solutions, Inc. et al | candce | 5:2015-cv-04567 | 480 | 10/05/2015 | |
| 29 Comenity Bank (dft)<br>Michele McGee v. Experian Information Solutions, Inc. et al | candce | 5:2015-cv-03124 | 480 | 07/06/2015 | |
| 30 Comenity Bank (dft)<br>Poirier v. Comenity LLC | madce | 3:2015-cv-30139 | 480 | 08/07/2015 | |
| 31 Comenity Bank (dft)<br>Hanks v. Comenity Bank | tnwdce | 1:2015-cv-01007 | 480 | 01/09/2015 | 06/22/2015 |
| 32 COMENITY LLC (dft)<br>COLLINS v. COMENITY LLC | insdce | 1:2015-cv-00028 | 480 | 01/07/2015 | 03/16/2015 |
| 33 Comenity LLC (dft)<br>Larsen v. Comenity LLC et al | mndce | 0:2015-cv-03228 | 890 | 08/06/2015 | 02/12/2016 |
| 34 Comenity, LLC (dft)<br>Ervin v. Experian Information Solutions, Inc et al | candce | 5:2015-cv-04806 | 480 | 10/19/2015 | 03/07/2016 |
| 35 Comenity Bank (dft)<br>Henry v. Fashion Bug Retail Companies, LLC et al | kywdce | 3:2015-cv-00614 | 480 | 07/16/2015 | |
| 36 Comenity Bank (dft)<br>Sauchak v. Comenity Bank et al | nvdce | 2:2015-cv-02100 | 480 | 11/03/2015 | 04/04/2016 |
| 37 COMENITY BANK (dft)<br>STOOPS v. COMENITY BANK | pawdce | 3:2015-cv-00145 | 890 | 05/20/2015 | |
| 38 Comenity LLC (dft) | flmdce | 8:2015-cv-02806 | 890 | 12/07/2015 | |

| # | Party | Court | Case | | Date Filed | Date Closed |
|---|---|---|---|---|---|---|
| | Hutto v. Comenity LLC | | | | | |
| 39 | Comenity Bank (dft) | nyedce | 2:2015-cv-05209 | 480 | 09/09/2015 | 01/15/2016 |
| | Posner v. Eddie Bauer LLC et al | | | | | |
| 40 | Comenity Bank (dft) | cacdce | 5:2015-cv-02117 | 890 | 10/14/2015 | 12/11/2015 |
| | Nathanial Davis v. Comenity Bank | | | | | |
| 41 | Comenity Bank (dft) | flmdce | 8:2015-cv-02806 | 890 | 12/07/2015 | |
| | Hutto v. Comenity LLC | | | | | |
| 42 | Comenity Bank (dft) | ilndce | 1:2015-cv-10680 | 480 | 11/25/2015 | |
| | Michaels v. Comenity Bank | | | | | |
| 43 | COMENITY BANK (dft) | njdce | 2:2015-cv-05994 | 890 | 08/04/2015 | |
| | PRITCHARD v. COMENITY BANK | | | | | |
| 44 | Comenity Bank (dft) | pamdce | 3:2015-cv-01653 | 890 | 08/26/2015 | 10/29/2015 |
| | Sheridan v. Comenity Bank | | | | | |
| 45 | Comenity Bank (dft) | flmdce | 8:2015-cv-01812 | 480 | 08/04/2015 | 11/16/2015 |
| | Rodriguez v. Comenity Bank | | | | | |
| 46 | Comenity Bank (dft) | gandce | 1:2015-cv-03427 | 480 | 09/29/2015 | 12/04/2015 |
| | Dorton v. Equifax Information Services, LLC et al | | | | | |
| 47 | Comenity Bank (dft) | mssdce | 2:2015-cv-00059 | 480 | 04/16/2015 | 10/23/2015 |
| | Parker et al v. Comenity LLC | | | | | |
| 48 | Comenity Bank (dft) | flmdce | 8:2015-cv-01287 | 890 | 05/28/2015 | 08/13/2015 |
| | Herbert v. Comenity LLC | | | | | |
| 49 | Comenity Bank (dft) | gandce | 2:2015-cv-00114 | 480 | 05/29/2015 | 08/12/2015 |
| | Eaton v. Equifax Information Serivces, LLC et al | | | | | |
| 50 | Comenity Bank (dft) | azdce | 2:2015-cv-02487 | 890 | 12/07/2015 | |
| | Ruiz v. Comenity Bank et al | | | | | |
| 51 | Comenity Bank (dft) | casdce | 3:2015-cv-02386 | 890 | 10/21/2015 | 03/25/2016 |
| | Perkins et al v. Comenity Bank | | | | | |
| 52 | Comenity Bank (dft) | flsdce | 9:2015-cv-80663 | 890 | 05/26/2015 | 05/26/2015 |
| | Schweitzer v. Comenity Bank | | | | | |
| 53 | Comenity Bank (dft) | mndce | 0:2015-cv-03228 | 890 | 08/06/2015 | 02/12/2016 |
| | Larsen v. Comenity LLC et al | | | | | |
| 54 | Comenity Bank (dft) | wvsdce | 5:2015-cv-08319 | 190 | 06/24/2015 | |
| | Jarrell v. Comenity Bank | | | | | |

```
Receipt 04/10/2016 12:53:30 46958538
User       TCPF2016
Client     Laurentano
Description Civil Party Search
           Name Comenity All Courts Page: 1 party role: dft year filed: 2015
Pages 1 ($0.10)
```



# PACER
## Case Locator

**Civil Party Search**
Sun Apr 10 12:51:56 2016

User: TCPF2016
Client: Laurentano
Search: Civil Party Search Name Comenity All Courts Page: 2 party role: dft year filed: 2015

| Party Name | Court | Case | NOS | Date Filed | Date Closed |
|---|---|---|---|---|---|
| 55 Comenity Capital (dft) NOT USED | nvdce | 2:2015-cv-01060 | 480 | 06/04/2015 | 06/09/2015 |
| 56 Comenity Bank (dft) Schweitzer v. Comenity Bank | flsdce | 9:2015-cv-80665 | 890 | 05/27/2015 | 01/27/2016 |
| 57 COMENITY BANK (dft) GARNER v. COMENITY BANK | paedce | 2:2015-cv-04073 | 890 | 07/23/2015 | 09/18/2015 |
| 58 Comenity Bank (dft) Kelly v. Comenity Bank | wvsdce | 5:2015-cv-08323 | 190 | 06/24/2015 | |
| 59 Comenity Capital (dft) Brandt v. Comenity Capital et al | nvdce | 2:2015-cv-01061 | 480 | 06/04/2015 | |
| 60 Comenity Bank (dft) Ruiz v. Comenity Bank et al | azdce | 2:2015-cv-02486 | 890 | 12/07/2015 | |
| 61 Comenity Bank (dft) Bejarano v. Comenity Bank et al | casdce | 3:2015-cv-01319 | 890 | 06/16/2015 | |
| 62 Comenity Bank (dft) Capital One, National Association v. Comenity Bank | nysdce | 1:2015-cv-10003 | 190 | 12/23/2015 | 03/08/2016 |
| 63 Comenity Bank (dft) Bailey v. Comenity Bank | wvsdce | 5:2015-cv-08314 | 190 | 06/24/2015 | |
| 64 Comenity LLC (dft) Van Dyke v. Equifax Inc. et al | txedce | 4:2015-cv-00418 | 480 | 06/22/2015 | 09/02/2015 |
| 65 Comenity LLC (dft) Parker et al v. Comenity LLC | mssdce | 2:2015-cv-00059 | 480 | 04/16/2015 | 10/23/2015 |
| 66 Comenity, LLC (dft) Madelyn Bueno v. Experian Information Solutions, Inc. et al | candce | 5:2015-cv-04263 | 480 | 09/18/2015 | |
| 67 Comenity Bank (dft) Young v. Equifax Information Services, LLC | mowdce | 4:2015-cv-00361 | 480 | 05/12/2015 | 10/27/2015 |
| 68 COMENITY BANK (dft) O'BRIEN v. COMENITY LLC | paedce | 2:2015-cv-04181 | 890 | 07/29/2015 | 11/13/2015 |
| 69 Comenity Bank (dft) Kidd v. Comenity Bank | wvsdce | 5:2015-cv-08329 | 190 | 06/24/2015 | |
| 70 Comenity LLC (dft) Agic v. Equifax Information Services, LLC et al | miedce | 2:2015-cv-14131 | 890 | 11/24/2015 | |
| 71 Comenity, LLC (dft) Sema v. Experian Information Solutions, Inc. et al | candce | 5:2015-cv-03856 | 480 | 08/24/2015 | |
| 72 Comenity Bank (dft) Parks v. Comenity LLC | madce | 1:2015-cv-12957 | 480 | 07/15/2015 | 08/10/2015 |
| 73 Comenity Capital Bank (dft) Larsen v. Comenity LLC et al | mndce | 0:2015-cv-03228 | 890 | 08/06/2015 | 02/12/2016 |
| 74 Comenity Operating Co. LLC (dft) Larsen v. Comenity LLC et al | mndce | 0:2015-cv-03228 | 890 | 08/06/2015 | 02/12/2016 |
| 75 Comenity LLC (dft) Hooker v. Asset Acceptance, LLC | mddce | 8:2015-cv-00870 | 890 | 03/26/2015 | 02/03/2016 |
| 76 COMENITY LLC d/b/a Comenity Bank (dft) SCHEER v. COMENITY LLC d/b/a Comenity Bank | nywdce | 6:2015-cv-06488 | 480 | 08/14/2015 | |
| 77 Comenity LLC (dft) Poirier v. Comenity LLC | madce | 3:2015-cv-30139 | 480 | 08/07/2015 | |
| 78 Comenity LLC (dft) Cattoni v. Comenity LLC | txwdce | 5:2015-cv-00259 | 480 | 04/08/2015 | 07/28/2015 |
| 79 Comenity, LLC (dft) Allen v. Equifax Information Services, LLC et al | miedce | 2:2015-cv-11394 | 890 | 04/16/2015 | |

Receipt 04/10/2016 12:54:02
User TCPF2016
Client Laurentano
Description Civil Party Search
    Name Comenity All Courts Page: 2 party role: dft year filed: 2015

You have previously been billed for this page.
Pages 1 ($0.00)